IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

GREENWOOD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | <u>CANCELLATION OF LIS PENDENS</u> |
| | ) | |
| Plaintiff, | ) | C/A No. 8:08-13 HFF |
| | ) | |
| vs. | ) | |
| | ) | |
| Josephine Livingston, Ida Mae Ruff or Eugene Cothran, Jr., (General Power of Attorney), | ) ) ) ) | |
| Defendant | | |

The United States of America does hereby acknowledge that **Arthur Lee Tucker**, was the successful bidder at the sale of the property subject to the above-entitled action, and the Clerk of Court of Common Pleas for Newberry County, South Carolina is hereby authorized and directed to cancel the Lis Pendens which was filed and recorded in that office on January 31, 2008 in Lis Pendens Book 2008LP36, at Page 23.

<u>s/Henry F. Floyd</u>
UNITED STATES DISTRICT JUDGE

Spartanburg, S. C.

February 11, 2009